# Court of Appeals
# of the State of Georgia

ATLANTA,  December 11, 2014

*The Court of Appeals hereby passes the following order:*

## A15D0156.  MIKE REDFORD v. THE STATE.

Mike Redford, *pro se*, seeks appellate review of the trial court's order resolving several pre-trial motions, including a demand for speedy trial. The trial court concluded, among other things, that his demand did not comply with the statutory requirements of OCGA § 17-7-170. A defendant has the right to directly appeal from the pre-trial denial of a statutory speedy trial demand. See *Tolbert v. Toole*, ___ Ga. ___ (Case No. S14A1158, decided November 17, 2014).

Under OCGA § 5-6-35 (j), when a timely application for discretionary appeal is filed in a case that is subject to direct appeal under OCGA § 5-6-34 (a), but not subject to discretionary appeal under OCGA § 5-6-35 (a), and the applicant has not filed a timely notice of appeal, the appellate court has jurisdiction to decide the case and must grant the application. Accordingly, this application is GRANTED.

Redford shall have ten days from the date of this order to file a notice of appeal with the superior court. OCGA § 5-6-35 (g). The clerk of the superior court is instructed to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,* <u>   12/11/2014   </u>

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*